UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Flexport International, LLC,

Plaintiff,

v.

Am Trans Expedite, Inc., et al.,

Defendant.

Case No. 3:25-cv-04909

**MOTION TO SUBSTITUTE
LAW FIRM;** ~~**PROPOSED**~~ **ORDER**

On behalf of (party name) Flexport International, LLC, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Matthew C. Koch of Marwedel, Minichello & Reeb, P.C.

Name(s) of counsel withdrawing from representation and firm name:

Marc A. Rubin of Spector Rubin, P.A.

Date: 03/02/2026

**[~~PROPOSED~~] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: March 3, 2026 _____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California