UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Flexport International, LLC      ,

Plaintiff(s),

v.

Am Trans Expedite, Inc., et al.   ,

Defendant(s).

Case No. 3:25-cv-04909

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER (CIVIL LOCAL RULE 11-3)

I, Shari L. Friedman          , an active member in good standing of the bar of The Supreme Court of Illinois      , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Flexport International, LLC      in the above-entitled action. My local co-counsel in this case is Mark P. Estrella          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: SBN 187091      .

| | |
|---|---|
| 303 W. Madison Street, Suite 1100 Chicago, Illinois 6606 | 23951 Craftsman Road, Suite A Calabasas, California 91302 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (312) 902-1600 | (310) 342-6500 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| sfriedman@mmr-law.com | mpestrella@cargolaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6193095      .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0      times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: __04/07/2026__

Shari L. Friedman
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Shari L. Friedman__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: __April 8, 2026__

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                                    2